AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

## APPEARANCE

Case Number: 08mj8411

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

ARMANDO ANGULO-RAYGOZA

I certify that I am admitted to practice in this court.

5/15/2008
Date

/s/ JASON I. SER
Signature

Jason I. Ser / Federal Defenders of SD
Print Name

201816
Bar Number

225 Broadway, Suite 900
Address

San Diego, CA 92101
City State Zip Code

(619) 234-8467
Phone Number

(619) 687-2666
Fax Number

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08mj8411 |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| ARMANDO ANGULO-RAYGOZA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Appearance has been electronically served this day upon:

United States Attorney's Office
880 Front Street
San Diego, CA 92101

Dated: May 15, 2008

*/s/ Jason I. Ser*

JASON I. SER
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
jason_ser@fd.org