FILED
JUN 10 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. ARMANDO ANGULO-RAYGOZA, Defendant. | Criminal Case No. 08CR1887-JM<br>I N F O R M A T I O N<br>Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony) |

The United States Attorney charges:

Count 1

On or about 4-30-08, within the Southern District of California, defendant ARMANDO ANGULO-RAYGOZA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//

//

//

JPME:lg:Imperial
6/9/08

Count 2

On or about May 12, 2008, within the Southern District of California, defendant ARMANDO ANGULO-RAYGOZA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: June 10, 2008 .

KAREN P. HEWITT
United States Attorney

JAMES P. MELENDRES
Assistant U.S. Attorney